UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Gamboa,

                         Plaintiff,

v.

City School District of New Rochelle, et al.,

                         Defendant.
-----------------------------------------------------------X

**JUDGMENT**

7:18-CV-12082 (CS)

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Cathy Seibel, United States District Judge, the jury having returned a verdict in favor of Defendant as to Plaintiff's disability claim and failure to accommodate claim, judgment is entered in favor of the Defendant, and the case is closed.

DATED: White Plains, New York
            November 9, 2022

RUBY J. KRAJICK

_____
Clerk of Court

So Ordered:

_____
U.S.D.J.

BY: _____
Deputy Clerk